UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*, § <br> § <br> Plaintiffs, § <br> v.  § <br> § <br> CITY OF HOUSTON, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-03-03713 |

## MEMORANDUM AND ORDER

Relator Marsha Farmer's ("Relator") Motion to Compel (Docket # 75) is **GRANTED** in the following respects. The Court reserves the right to grant Relator additional relief.

1) By June 15, 2006, Defendant City of Houston ("City") shall provide answers to Relator's Interrogatory No. 5. To the extent that the City answers that it is without sufficient knowledge as to the allegations of paragraphs 18 through 27 of the Amended Complaint, those allegations will be considered to have been admitted by the City.

2) By June 22, 2006, the City shall provide the re-inspection reports referenced by Interrogatory No. 5 for each of the 72 projects identified in the Amended Complaint. To the extent that re-inspection reports have not been completed by June 22, 2006, as to any of these 72 projects, Relator's allegations as to these projects will be considered to have been admitted by the City.

**IT IS SO ORDERED**.

**SIGNED** this 19th day of May, 2006.

_Keith P. Ellison_
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT